## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
## 2:11 mj 22

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| (1) NICHOLAS SCOTT HINKEY, ) | |
| (2) DAVID WAYNE WILSON, ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the undersigned pursuant to motions to continue (#40)(#41) the sentencing hearings that have been set in each of these cases by respective counsel for defendants. This Court has attempted to schedule the sentencing hearings in these cases as expeditiously as possible so that the matters may be resolved and has considered the requests of counsel for each defendant in regard to not only the date and time but also the place of sentencing. Unfortunately, it does not appear this Court can fashion an Order that is satisfactory and as a result the Court will enter the following Order:

## ORDER

**IT IS, THEREFORE**, **ORDERED:**

1) That the Unopposed Motion to Continue Sentencing Hearing" (#41) is hereby **ALLOWED** and the sentencing hearing of both defendant **Wilson** and defendant **Hinkey** is continued; and

2) That counsel for each defendant and the United States Attorney shall confer jointly on or before **August 14, 2012** and they shall provide jointly to the Court a date upon which these cases can be set for a sentencing hearing in the United States District Court in Bryson City, North Carolina. The Court will then enter an Order setting the time for the sentencing hearings. The sentencing hearings in this matter shall be held at a date on or before **September 18, 2012.**

Signed: August 6, 2012

Dennis L. Howell
United States Magistrate Judge